# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 20-03235-PSG (DFM) | | Date: | October 20, 2020 |
|---|---|---|---|---|
| Title | Eric Dwight Rice v. Gavin Newsom | | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

| Proceedings: | (IN CHAMBERS) Order to Show Cause |
|---|---|

On August 24, 2020, the Court ordered Petitioner to file an amended petition within thirty-five (35) days naming the warden of the facility in which he is incarcerated. See Dkt. 12. To date, Petitioner has not done so. Accordingly, Petitioner is ordered to show cause within twenty-one (21) days why the Court should not dismiss this action for failure to prosecute. Failure to respond to this order to show cause may result in a dismissal of this action. The filing of an amended petition is sufficient to discharge this order.