JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ERIC DWIGHT RICE,<br><br>Petitioner,<br><br>v.<br><br>GAVIN NEWSOM,<br><br>Respondent. | Case No. CV 20-03235-PSG (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Granting Respondent's Motion to Vacate and Dismissing Petition,

IT IS ADJUDGED that the Petition is dismissed.

Date:  3/2/21

_____
PHILIP S. GUTIERREZ
Chief United States District Judge